IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Peter M. Kranack** | BANKRUPTCY NO. 15-23309-JAD |
| Debtor | CHAPTER NO. 13 |
| **Peter M. Kranack** | |
| Movant | DOCKET NO. |
| v. | |
| **U.S. Bank Trust National Association, as trustee for CVP III Nortgage Loan Trust II** | |
| Respondent | |

**DEBTOR'S MOTION**
**FOR PRODUCTION OF COMPLETE LOAN HISTORY AND MORTGAGE PAYOFF**

1. Debtor incorporates by reference all of the averments in Trustee's Motion For Determining Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments (hereinafter "Trustee's Motion"). Document 80

2. Debtor incorporates by reference all of the averments in Debtor's Response To Trustee's Motion For Determining Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments (hereinafter "Debtor's Response"). Document 82

3. By letter dated October 8, 2020 Debtor sent a qualified written request to Fay Servicing, P.O. Box 814609, Dallas, TX 75381-4609. Said address was contained in the Notice of Creditor Change of Address filed in the case. Document 75.

4. Said letter was received by Fay Servicing on October 15, 2020.

5. By letter dated October 16, 2020 Fay Servicing acknowledged receipt and indicated a response would be provided in 30 business days.

6. As of December 4, 2020 Debtor has not received a response from Fay Servicing.

7. As noted in Debtor's Response, paragraph 5, the Debtor entered into a Loan Modification Agreement from Selene Finance dated 01/09/2013 which provided for a Maturity Date of December 1, 2019.

8. A complete loan history is necessary for determining whether Respondent has been paid in full.

9. If the Respondent has not been paid in full, then a mortgage payoff statement is also necessary, so that Debtor can arrange for payment of the balance post-plan completion.

Wherefore, the Debtor respectfully requests that the Court enter an Order directing the Respondent to provide a complete loan history and a mortgage payoff statement.

Date: December 4, 2020                                    /s/ Robert S. Shreve
                                                         Akman & Associates, LLC
                                                         345 Southpointe Boulevard, Suite 100
                                                         Canonsburg, PA  15317
                                                         (724) 514-1001, ext. 513
                                                         rsshreve@akmanlegal.com