IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Peter M. Kranack** | BANKRUPTCY NO. 15-23309-JAD |
| Debtor | CHAPTER NO. 13 |
| **Peter M. Kranack** Movant | Related to Docs. 80, 82, and 83 |
| v. | |
| **U.S. Bank Trust National Association, as trustee for CVP III Mortgage Loan Trust II** Respondent | Hearing Date: 4/14/21 @ 10:00 a.m. |
| vs | |
| **Ronda J. Winnecour, Trustee** **Additional Respondent** | |

# DEBTOR'S MOTION
# FOR CONTINUANCE OF HEARING SCHEDULED FOR APRIL 14, 2021

1. Debtor incorporates by reference all of the averments in Trustee's Motion For Determining Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments (hereinafter "Trustee's Motion"). Document 80

2. Debtor incorporates by reference all of the averments in Debtor's Response To Trustee's Motion For Determining Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments (hereinafter "Debtor's Response"). Document 82

3. Debtor incorporates by reference all of the averments in Debtor's Motion For Production Of Complete Loan History and Mortgage Payoff. (Document 83)

4. A hearing regarding both the Trustee's Motion and the Debtor's Motion is scheduled for Wednesday, April 14, 2021 at 10:00.

5. Debtor was provided with an updated loan history and a payoff figure on Monday, April 5, 2021.

6. Debtor requires an additional 30 days to analyze the loan history.

7. Respondent's Counsel, Maria D. Miksich, has no objection to a continuance of the hearing scheduled for April 14, 2021.

8. Additional Respondent's Counsel, Owen W. Katz, Esq. has no objection to a continuance of the hearing scheduled for April 14, 2021.

Wherefore, the Debtor respectfully requests that the Court enter an Order continuing the hearing scheduled for April 14, 2021 at 10:00 for 30 days.

Date: April 9, 2021

/s/ Robert S. Shreve
Akman & Associates, LLC
345 Southpointe Boulevard, Suite 100
Canonsburg, PA  15317
(724) 514-1001, ext. 513
rsshreve@akmanlegal.com