IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE Peter M. Kranack | BANKRUPTCY NO. 15-23309-JAD |
| Debtor | CHAPTER NO. 13 |
| **Peter M. Kranack** | |
| Movant | Related to Docs 80 and 100 |
| vs. | Hearing Date: 4/14/2021 at 10:00 a.m. |
| **U.S. Bank Trust National Association, as trustee for CVP III Mortgage Loan Trust II** | |
| Respondent | |
| **vs.** | |
| **Ronda J. Winnecour, Trustee** | |
| Additional Respondent | |

## ORDER OF COURT

AND NOW, this __12th__ day of April, 2021 upon consideration of the Debtor's Motion For Continuance Of Hearing, it is

ORDERED, that the Motion is granted, and the hearing scheduled for April 14, 2021 at 10:00 a.m. is hereby continued to the __12th__ day of __May__, 2021 at __10:30 AM__ via ZOOM with Judge Deller.

By the Court:

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
4/12/21 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA