IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Peter M. Kranack | : | |
| Debtor | : | Bankruptcy No. 15-23309-JAD |
| | : | |
| | : | |
| | : | Chapter 13 |
| Peter M. Kranack | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 21, 2015, at docket number 18 Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: April 21, 2021         By:    s/ Robert S. Shreve
                                     Robert S. Shreve, Esquire
                                     Akman & Associates, LLC
                                     345 Southpointe Avenue, Suite 100
                                     Canonsburg, PA 15317
                                     rsshreve@akmanlegal.com
                                     724-514-1001
                                     FAX : 724-514-1016
                                     PA ID: 42918

**PAWB Local Form 24 (07/13)**