IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Peter M. Kranack** | BANKRUPTCY NO. 15-23309-JAD |
| Debtor | CHAPTER NO. 13 |
| **Peter M. Kranack** | |
| Movant | Related to Docs 80 and 106 |
| vs. | |
| **U.S. Bank Trust National Association, as trustee for CVP III Mortgage Loan Trust II** Respondent | |
| vs. | |
| **Ronda J. Winnecour, Trustee** Additional Respondent | |

### ORDER OF COURT

AND NOW, this __10th__ day of May, 2021 upon consideration of the Debtor's Motion For Continuance Of Hearing, it is

ORDERED, that the Motion is granted, and the hearing scheduled for May 12, 2021 at 10:30 a.m. is hereby continued to the __23rd__ day of __June__, 2021 at __10:30 AM__ via ZOOM with Judge Jeffery A. Deller [ Meeting ID 160 0928 3473].

By The Court,

_/s/ sjk_
United States Bankruptcy Judge
Jeffery A. Deller

FILED
5/10/21 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23309-JAD |
| Peter M. Kranack | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter M. Kranack, 117 5th Avenue, West Mifflin, PA 15122-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, logsecf@logs.com |
| LeeAne O. Huggins | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association  as trustee for CVF III Mortgage Loan Trust II mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Robert S. Shreve
    on behalf of Debtor Peter M. Kranack rsshreve@akmanpc.com
    akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8