UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter M. Kranack aka Peter Michael Kranack<br><br>       Debtor<br><br>Peter M. Kranack aka Peter Michael Kranack<br><br>       Movant<br> vs.<br><br>U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II<br><br>       Respondent<br><br>Ronda J. Winnecour, Trustee | NO. 15-23309 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 80, 82<br><br>Hearing Date: 9/15/21 @ 10:00 a.m. |

CONSENT ORDER OF COURT

AND NOW, this _____ day of September, 2021, upon consideration of the Trustee's Motion For Determination Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments, Debtor's Motion for Production Of Complete Loan History And Mortgage Payoff, and responses thereto, and by consent of the Trustee, the Debtor and the Respondent herein, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through December 31, 2020, as to the mortgage of Carrington/Cerastes/U.S. Bank Trust (filed as Proof of Claim 3-2); (b) Debtor is to have resumed direct payments for all payments due in and after January 2021 (with a credit against the January, 2021 payment of $581.76); and (c) Debtor and Respondent retain, subject to the foregoing determinations, all rights to deal with any balance still due on the mortgage post-plan completion, and it is also

ORDERED, that inasmuch as Respondent has provided Debtor with a complete loan history and a mortgage payoff statement with a balance owing to the Respondent, the Court

finds that (a) the subject loan matured during the bankruptcy, but was not paid in full, and (b) in order to cure the remaining balance of the loan, the debtor is going to submit a loss mitigation packet outside of bankruptcy to obtain a loan modification.

 _____
 United States Bankruptcy Judge

Consented to:

Ronda Winnecour, Chapter 13 Trustee

s/Owen W. Katz_____
By Owen W. Katz, Attorney for Chapter 13 Trustee

s/Robert S. Shreve_____
Robert S. Shreve, Attorney for the Debtor

s/Maria D. Miksich_____
Maria D. Miksich, Attorney for the Respondent