# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter M. Kranack aka Peter Michael Kranack<br>　　　　　　　　Debtor<br><br>Peter M. Kranack aka Peter Michael Kranack<br>　　　　　　　　Movant<br>　vs.<br><br>U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II<br>　　　　　　　　Respondent<br><br>Ronda J. Winnecour, Trustee | NO. 15-23309 JAD<br><br>CHAPTER 13<br><br>Related to Docs. 80, 82 and 117<br><br>Hearing Date: 9/15/21 @ 10:00 a.m. |

## CONSENT ORDER OF COURT

AND NOW, this __17th__ day of September, 2021, upon consideration of the Trustee's Motion For Determination Mortgage Creditor Has Been Paid Per Plan And To Confirm Debtor Resumption Of Payments, Debtor's Motion for Production Of Complete Loan History And Mortgage Payoff, and responses thereto, and by consent of the Trustee, the Debtor and the Respondent herein, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through December 31, 2020, as to the mortgage of Carrington/Cerastes/U.S. Bank Trust (filed as Proof of Claim 3-2); (b) Debtor is to have resumed direct payments for all payments due in and after January 2021 (with a credit against the January, 2021 payment of $581.76); and (c) Debtor and Respondent retain, subject to the foregoing determinations, all rights to deal with any balance still due on the mortgage post-plan completion, and it is also

ORDERED, that inasmuch as Respondent has provided Debtor with a complete loan history and a mortgage payoff statement with a balance owing to the Respondent, the Court

finds that (a) the subject loan matured during the bankruptcy, but was not paid in full, and (b) in order to cure the remaining balance of the loan, the debtor is going to submit a loss mitigation packet outside of bankruptcy to obtain a loan modification.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Consented to:

Ronda Winnecour, Chapter 13 Trustee

s/Owen W. Katz_____
By Owen W. Katz, Attorney for Chapter 13 Trustee

s/Robert S. Shreve_____
Robert S. Shreve, Attorney for the Debtor

s/Maria D. Miksich_____
Maria D. Miksich, Attorney for the Respondent

FILED
9/17/21 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Peter M. Kranack  
    Debtor

Case No. 15-23309-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Sep 17, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter M. Kranack, 117 5th Avenue, West Mifflin, PA 15122-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, logsecf@logs.com |
| LeeAne O. Huggins | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com |

Case 15-23309-JAD    Doc 119    Filed 09/19/21    Entered 09/20/21 00:23:50    Desc
Imaged Certificate of Notice    Page 4 of 4

District/off: 0315-2      User: lfin      Page 2 of 2
Date Rcvd: Sep 17, 2021      Form ID: pdf900      Total Noticed: 1

ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert S. Shreve
on behalf of Debtor Peter M. Kranack rsshreve@akmanpc.com
akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8