**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **PETER M. KRANACK** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-23309JAD** |

# Form 4100N
# Notice of Final Cure Payment                                  10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

| | |
|---|---|
| **Name of creditor:** | MILL CITY MORTGAGE LOAN TRUST-2019-1 |
| **Court claim no.** (if known): | 3-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 6 4 1 2 |
| **Property Address:** | 117 5TH AVE<br>WEST MIFFLIN PA 15122 |

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:**                                                           **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 2,384.09 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 2,384.09 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 2,384.09 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment                                                                 $ $836.60

    The next postpetition payment is due on    1 / 1 / 2021
                                                                     MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **PETER M. KRANACK** | Case number *(if known)* | **15-23309JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour             Date  09/30/2021
Signature

| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | PETER M. KRANACK | | Case number *(if known)* 15-23309JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/22/2016 | 0987953 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 358.58 |
| 06/27/2016 | 1000617 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 578.74 |
| 07/26/2016 | 1004614 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 161.89 |
| 08/26/2016 | 1008591 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 421.27 |
| 10/26/2016 | 1016531 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 30.99 |
| 12/21/2016 | 1023205 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 296.07 |
| 01/27/2017 | 1026609 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 698.13 |
| 03/28/2017 | 1033464 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 302.95 |
| 05/25/2017 | 1040110 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 576.85 |
| 06/27/2017 | 1043469 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 982.40 |
| 07/25/2017 | 1046798 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 212.32 |
| 08/25/2017 | 1050128 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 1,021.62 |
| 01/25/2018 | 1066815 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 201.73 |
| 10/12/2020 | | US BANK TRUST NA - TRUSTEE CVF III M | REALLOCATION OF PRINCIPAL | -5,843.54 |
| | | | | 0.00 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 10/26/2020 | 1177103 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 1,774.09 |
| 10/26/2020 | 1177103 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 610.00 |
| | | | | 2,384.09 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/24/2015 | 0967601 | CARRINGTON MORTGAGE SERVICES | AMOUNTS DISBURSED TO CREDITOR | 1,328.40 |
| 12/22/2015 | 0971705 | CARRINGTON MORTGAGE SERVICES | AMOUNTS DISBURSED TO CREDITOR | 760.77 |
| 01/26/2016 | 0975698 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 852.82 |
| 02/24/2016 | 0979696 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 736.21 |
| 03/28/2016 | 0983657 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 950.58 |
| 04/22/2016 | 0987953 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 714.02 |
| 05/24/2016 | 0991902 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 582.80 |
| 06/27/2016 | 1000617 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 752.90 |
| 07/26/2016 | 1004614 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 667.85 |
| 08/26/2016 | 1008591 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 686.78 |
| 09/27/2016 | 1012627 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 590.57 |
| 10/26/2016 | 1016531 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 757.75 |
| 11/21/2016 | 1019954 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 585.04 |
| 12/21/2016 | 1023205 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 763.28 |
| 01/27/2017 | 1026609 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 674.16 |
| 02/24/2017 | 1030095 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 586.88 |
| 03/28/2017 | 1033464 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 761.44 |
| 04/21/2017 | 1036858 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 615.61 |
| 05/25/2017 | 1040110 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 732.71 |
| 06/27/2017 | 1043469 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 674.16 |
| 07/25/2017 | 1046798 | CARRINGTON MORTGAGE SERVICES LLC | AMOUNTS DISBURSED TO CREDITOR | 674.16 |
| 09/26/2017 | 1053478 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 835.97 |
| 10/25/2017 | 1056854 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 802.38 |
| 11/21/2017 | 1060186 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 792.39 |
| 12/21/2017 | 1063402 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 786.93 |
| 01/25/2018 | 1066815 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 805.31 |
| 02/09/2018 | 1056854 | CERASTES LLC | CANCELLED CHECK TO CREDITOR/CONT | -802.38 |
| 02/23/2018 | 1070034 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 1,474.97 |
| 03/28/2018 | 1073201 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 04/24/2018 | 1076435 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 05/25/2018 | 1079671 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 06/22/2018 | 1082906 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 07/26/2018 | 1086020 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 08/28/2018 | 1089285 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 09/25/2018 | 1092490 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 10/29/2018 | 1095656 | CERASTES LLC | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 11/27/2018 | 1100889 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 12/21/2018 | 1103987 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 01/25/2019 | 1107266 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 02/25/2019 | 1110482 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 03/25/2019 | 1113775 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |

| Debtor 1 | **PETER M. KRANACK** | Case number *(if known)* | **15-23309JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 04/26/2019 | 1117105 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 05/24/2019 | 1120497 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 06/25/2019 | 1123903 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 07/29/2019 | 1127369 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 08/27/2019 | 1130848 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 09/24/2019 | 1134091 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 10/24/2019 | 1137491 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 11/25/2019 | 1140946 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 12/23/2019 | 1144324 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 01/28/2020 | 1147797 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 02/25/2020 | 1151335 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 03/23/2020 | 1154812 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 04/27/2020 | 1158274 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 05/26/2020 | 1161603 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 06/26/2020 | 1164763 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 07/29/2020 | 1167847 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 08/25/2020 | 1170920 | US BANK TRUST NA - TRUSTEE CVF III M | AMOUNTS DISBURSED TO CREDITOR | 672.59 |
| 10/12/2020 | | US BANK TRUST NA - TRUSTEE CVF III M | REALLOCATION OF CONTINUING DEBT | 5,843.54 |
| | | | | 46,165.70 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PETER M. KRANACK
117 5TH AVENUE
WEST MIFFLIN, PA  15122

ROBERT S SHREVE ESQ
AKMAN & ASSOC PC
345 SOUTHPOINTE BLVD STE 100
CANONSBURG, PA  15317

MILL CITY MORTGAGE LOAN TRUST-2019-1 WILMINGTON SAV FUND SOC FSB TRUSTEE
C/O FAY SERVICING LLC
PO BOX 814609
DALLAS, TX  75381-4609

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


9/30/21                                                                /s/ Roberta Saunier
                                                                       Administrative Assistant
                                                                       Office of the Chapter 13 Trustee