**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PETER M. KRANACK <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:15-23309 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2015 and confirmed on 11/2/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,800.84 |
| Less Refunds to Debtor | 4,966.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,834.42 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 3,044.33 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,044.33 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-2019 | 0.00 | 46,165.70 | 0.00 | 46,165.70 |
|     Acct: 6412 | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-2019 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6412 | | | | |
|   PNC BANK NA | 5,197.18 | 5,197.18 | 407.19 | 5,604.37 |
|     Acct: 0760 | | | | |
| | | | | 51,770.07 |
| **Priority** | | | | |
|   ROBERT S SHREVE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PETER M. KRANACK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PETER M. KRANACK | 4,966.42 | 4,966.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AKMAN & ASSOC PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,896.80 | 0.00 | 3,896.80 |
|     Acct: 3686 | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-2019 | 1,774.09 | 1,774.09 | 0.00 | 1,774.09 |
|     Acct: 6412 | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-2019 | 610.00 | 610.00 | 0.00 | 610.00 |
|     Acct: 6412 | | | | |
| | | | | 6,280.89 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 739.13 | 739.13 | 0.00 | 739.13 |
|     Acct: 9667 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 739.13 |
| **TOTAL PAID TO CREDITORS** | | | | 58,790.09 |

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 2,384.09 |
| SECURED | 5,197.18 |
| UNSECURED | 739.13 |

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　PETER M. KRANACK<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-23309 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23309-JAD |
| Peter M. Kranack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter M. Kranack, 117 5th Avenue, West Mifflin, PA 15122-1613 |
| cr | + | Carrington Mortgage Services, LLC, as servicer for, c/o LeeAne O. Huggins, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | Cerastes, LLC, Marinosci Law Group, P.C., c/o Frederic Dispigna, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | U.S. Bank Trust National Association, as trustee f, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14164193 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Anaheim, California 92806-5948 |
| 14104755 | + | J. P. Morgan Mortgage Acquisition Corp., 9900 Richmond Avenue, Suite 400, Houston, TX 77042-4536 |
| 15335562 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14104757 | + | Stephen M. Hladik, Esquire, Hladik, Onorao & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14942643 | | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkteam@selenefinance.com | Sep 28 2021 23:48:00 | Cerastes, LLC c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |
| 14104754 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2021 23:48:00 | Carrington Mortgage Services, LLC, PO Box 79001, Phoenix, AZ 85062-9001 |
| 14689527 | + | Email/Text: bkteam@selenefinance.com | Sep 28 2021 23:48:00 | Cerastes, LLC, c/o Selene Finance, LP, 9990 Richmond Avenue, Ste 400 South, Houston, TX 77042-4546 |
| 14154290 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 28 2021 23:48:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14118787 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 23:48:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14104756 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2021 23:48:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Mill City Mortgage Loan Trust 2019-1 Wilmington Sa |
| cr | | U.S. Bank Trust National Association, as trustee f |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021           Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, logsecf@logs.com |
| LeeAne O. Huggins | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert S. Shreve | on behalf of Debtor Peter M. Kranack rsshreve@akmanpc.com akmanesq@akmanpc.com;shrevebob@verizon.net;arderian@akmanlegal.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 8