| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Peter M. Kranack<br>aka Peter Michael Kranack |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the WESTERN District of PENNSYLVANIA | |
| Case number 15-23309-JAD | |

Official Form 410S1

# Notice of Mortgage Payment Change                             12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 6412

**Date of payment change:** 4/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $818.40
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $274.69          **New escrow payment:** $420.50

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                          **New interest rate:**

   **Current principal and interest payment:**     **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**          **New mortgage payment:**

Debtor 1 <u>Peter M. Kranack</u>
<u>aka Peter Michael Kranack</u>
    Print Name    Middle Name    Last Name

Case number *(if known)* <u>15-23309-JAD</u>

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Ashlee Fogle</u>    Date  <u>3/8/2019</u>
    Signature

| | | | |
|---|---|---|---|
| Print | <u>Ashlee Fogle</u><br>First Name  Middle Name  Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>RAS Crane, LLC</u> | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number  Street | | |
| | <u>Duluth  GA 30097</u><br>City    State    ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>afogle@rascrane.com</u> |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____3/8/2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert S. Shreve
Akman & Associates PC
345 Southpointe Boulevard
Suite 100
Canonsburg, PA 15317-3808

Peter M. Kranack
117 5th Avenue
West Mifflin, PA 15122

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                          RAS Crane, LLC
                          Authorized Agent for Secured Creditor
                          10700 Abbott's Bridge Road, Suite 170
                          Duluth, GA 30097
                          Telephone: 470-321-7112
                          Facsimile: 404-393-1425

                          By: /s/Raven Mahoney
                                Raven Mahoney
                                Email: rmahoney@rasflaw.com



**FAY SERVICING**

PO Box 619063
Dallas, TX 75261-9063

PETER M KRANACK
117 5TH AVE
WEST MIFFLIN PA 15122-1613

## ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:**
**Analysis Date:** 12/22/2018

**Customer Service** 1-800-495-7166
Monday-Thursday 8:00 a.m. to 9:00 p.m. CT
Friday 8:30 a.m. to 5:00 p.m. CT
Saturday 10:00 a.m. to 4:00 p.m. CT

|  | PRESENT PAYMENT | NEW PAYMENT effective 04/01/2019 |
|---|---|---|
| Principal & Interest | $397.90 | $397.90 |
| Escrow Payment | $274.69 | $277.80 |
| Escrow Shortage | $0.00 | $142.70 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$672.59** | **$818.40** |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $3,333.53 / 12 months = $277.80.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a shortage of $5,137.36 because the Projected Low Point of -$4,581.76 plus the escrow adjustment* is less than the Required Low Point of $555.60.
*An Escrow Adjustment of $0.00, scheduled to be repaid through the bankruptcy, is included in this calculation.
You have a shortage greater than or equal to one month's escrow payment, your shortage will be spread over the next 36 monthly payments. You will need not take any further action.

**3. New Monthly Escrow Payment**

| Principal & Interest | $397.90 |
|---|---|
| Escrow Payment | $277.80 |
| Escrow Shortage | $142.70 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$818.40** |
| Effective Date | 04/01/2019 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | -3,589.79 | 1,547.57 |
| Apr-19 | 277.80 | 570.68 | VILL / BORO | -3,882.67 | 1,254.69 |
| May-19 | 277.80 | .00 |  | -3,604.87 | 1,532.49 |
| Jun-19 | 277.80 | .00 |  | -3,327.07 | 1,810.29 |
| Jul-19 | 277.80 | .00 |  | -3,049.27 | 2,088.09 |
| Aug-19 | 277.80 | 1,810.29 | SCHOOL | (c) -4,581.76 | (b) 555.60 |
| Sep-19 | 277.80 | .00 |  | -4,303.96 | 833.40 |
| Oct-19 | 277.80 | .00 |  | -4,026.16 | 1,111.20 |
| Nov-19 | 277.80 | .00 |  | -3,748.36 | 1,389.00 |
| Dec-19 | 277.80 | .00 |  | -3,470.56 | 1,666.80 |
| Jan-20 | 277.80 | 610.00 | HOMEOWNERS I | -3,802.76 | 1,334.60 |
| Feb-20 | 277.80 | .00 |  | -3,524.96 | 1,612.40 |
| Mar-20 | 277.80 | 342.56 | COUNTY TAX | -3,589.72 | 1,547.64 |
| **TOTAL** | **$3,333.60** | **(a) $3,333.53** |  |  |  |

### IMPORTANT MESSAGES

ACH Debit Borrowers: You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID#        NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.

# ESCROW ACCOUNT DISCLOSURE STATEMENT

**Loan Number:** ███  **ACCOUNT HISTORY**  **Date: 12/22/2018**

This is a statement of actual activity in your escrow account from 10/01/2018 through 03/31/2019. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BEGINNING BALANCE | 0.00 | -3,573.84 |
| 11/18 | | 549.38 | | | | | 0.00 < | -3,024.46 |
| 12/18 | | 1,373.45 * E | | 1,810.29 | E | SCHOOL | 0.00 | -3,461.30 |
| 01/19 | | 274.69 * E | | 610.00 | E | HOMEOWNERS I | 0.00 | -3,796.61 < |
| 02/19 | | 274.69   E | | | E | | 0.00 | -3,521.92 |
| 03/19 | | 274.69 * E | | 342.56 | E | COUNTY TAX | 0.00 | -3,589.79 |
| TOTAL | $0.00 | $2,746.90 | $0.00 | $2,762.85 | | | | |